1
2
3
4

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.:2:16-mj-00216-NJK |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | STIPULATION TO CONTINUE BENCH TRIAL (First Request) |
| JOSEPH ALAN LUSCH, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Ahmed, Special Assistant United States Attorney, counsel for the United States of America, and William Terry, Esquire, counsel for defendant, that the bench trial in the above-captioned matter, currently scheduled for August 17, 2016, at the hour of 9:00 a.m., be vacated and continued for sixty (60) days or to a date and time convenient to the Court.

This stipulation is entered into for the following reasons:

1.  The discovery was recently provided to counsel for the defendant. Defense counsel will need additional time to review the discovery.

2.  Defendant is out of federal custody and agrees to the continuance.

1

3. Denial of this request for a trial continuance would prejudice both the Defendants and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this stipulation, is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(I ) and (iv).

6. This is the first request for continuance of the trial in this case.

DATED this 8th day of August, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ William Terry                         /s/ Nadia Ahmed

WILLIAM TERRY, ESQ.              NADIA AHMED
Counsel for defendant                Special Assistant United States Attorney
**JOSEPH LUSCH**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 2:16-mj-00216-NJK |
| Plaintiff, | ) ) ) | ORDER CONTINUING BENCH TRIAL |
| vs. | ) ) ) | |
| JOSEPH LUSCH, | ) ) | |
| Defendant. | ) ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore,:

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for August 17, 2016, at the hour of 9:00 a.m., be vacated and continued to __Wednesday, October 26__, 2016, at the hour of 9:00 a.m. in courtroom 3C.

DATED this __10th__ day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

3